# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**THOMAS W. SHELLEY,**

      **Petitioner,**

  v.

**JILL FALSTAD, Marathon County District Attorney and**
**J.B. VAN HOLLEN, Wisconsin Attorney General,**

      **Respondents.**

**JUDGMENT IN A CIVIL CASE**

**08-cv-633-slc**

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that the petition of Thomas Shelley for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

**JOEL W. TURNER**
_____
Joel W. Turner, Acting Clerk

Connie A. Korth
_____
by Deputy Clerk

11/06/08
_____
Date