# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **THOMAS W. SHELLEY,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-633-slc |
| **JILL FALSTAD,** Marathon County District Attorney and **J.B. VAN HOLLEN,** Wisconsin Attorney General, | |
| Respondents. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Thomas Shelley for a writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.


**JOEL W. TURNER**
_____
**Joel W. Turner, Acting Clerk**

**Connie A. Korth**                                    **11/06/08**
_____     _____
**by Deputy Clerk**                                      **Date**